# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD NELSON WELK, | |
| Petitioner, | No. 3:12-CV-1421 |
| v. | (JUDGE CAPUTO) |
| COMMONWEALTH OF PENNSYLVANIA., et al., | (MAGISTRATE JUDGE CARLSON) |
| Respondents. | |

## ORDER

**NOW** this 21st day of August 2012, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 4) is **ADOPTED.**

(2) The Plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 2) is **GRANTED** solely for the purpose of filing this case.

(3) The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Eastern District of Pennsylvania , for further disposition.

(4) The Clerk of Court is directed to **CLOSE** the case in this district.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge