## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD NELSON WELK,

    Petitioner,

    v.

COMMONWEALTH OF
PENNSYLVANIA., et al.,

    Respondents.

No. 3:12-CV-1421

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW** this ___21st___ day of August 2012, upon review of Magistrate Judge Carlson's

Report and Recommendation (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY**

**ORDERED** that:

(1)    The Report and Recommendation (Doc. 4) is **ADOPTED.**

(2)    The Plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 2) is **GRANTED** solely for the purpose of filing this case.

(3)    The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Eastern District of Pennsylvania , for further disposition.

(4)    The Clerk of Court is directed to **CLOSE** the case in this district.

A. Richard Caputo
United States District Judge